PROB 12B
(7/93)

Report Date: March 6, 2007

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 0 8 2007

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Kimberly A Veltkamp        Case Number: 2:04CR00067-001

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle

Date of Original Sentence: 11/2/2004         Type of Supervision:   Supervised release

Original Offense: Distribution of Cocaine Base, 21   Date Supervision Commenced: 02/09/07
U.S.C. § 841(a)(1)

Original Sentence: Prison - 30 Months; TSR - 72   Date Supervision Expires: 02/08/13
Months

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

18   You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

### CAUSE

Pursuant to Ninth Circuit case law, U.S. v Stephens, the undersigned officer is requesting the above modification with the offender's consent.

Respectfully submitted,

by  *[signature]*

Matthew Thompson
U.S. Probation Officer
Date: March 6, 2007

Prob 12B
**Re:  Veltkamp, Kimberly A**
**March 6, 2007**
**Page 2**

THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
JFIS[X]   The Modification of Conditions as Noted Above
[ ]   Other

*Fred Van Sickle*
Signature of Judicial Officer

*March 7, 2006*
Date